**RECEIVED**
CHARLOTTE, N.C.

NOV -7 2005

Clerk, U.S. Dist. Court
W. Dist. of N.C.

FILED
CHARLOTTE, N. C.

NOV 14 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| FIREHOUSE RESTAURANT GROUP, INC., a Florida corporation,<br><br>Plaintiff,<br><br>v.<br><br>FIRE HOUSE PIZZA-CHINESE, INC., a North Carolina corporation doing business as FIRE HOUSE PIZZA, FIRE HOUSE PIZZA-CHINESE OF WENDOVER, INC., a North Carolina corporation doing business as FIRE HOUSE PIZZA, and FIRE HOUSE PIZZA-CHINESE OF INDEPENDENCE, INC., a North Carolina corporation doing business as FIRE HOUSE PIZZA,<br><br>Defendants. | Civil Action No. 3:05CV304<br><br>**ENTRY OF DEFAULT OF DEFENDANTS FIRE HOUSE PIZZA-CHINESE OF WENDOVER, INC., FIRE HOUSE PIZZA-CHINESE, INC., and FIRE HOUSE PIZZA-CHINESE OF INDEPENDENCE, INC.** |

THIS MATTER is before the Court on a motion by the Plaintiff Firehouse Restaurant Group, Inc. ("Plaintiff"), for entry of default all defendants in this matter-- namely, Fire House Pizza-Chinese of Wendover, Inc., Fire House Pizza-Chinese, Inc., and Fire House Pizza-Chinese of Independence, Inc. (collectively Defendants)-- and it appears to the Court that Defendants are in default for failure to plead or otherwise defend as required by G.S. § 1A-1, Rule 12.

NOW THEREFORE, in accordance with Rule 55(a) of the Federal Rules of Civil Procedure default is hereby entered against all Defendants, this the _____ day of November, 2005.

Deputy

_Candace L Cochran_
Clerk Of The United States District Court
For The Western District Of North Carolina

305494.01
LIB: CHARLOTTE2